**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**BLACK OAK LAW FIRM**
Adib Assassi, Esq. (SBN: 301036)
adib@blackoaklaw.com
1100 W. Town and Country Rd., Ste 1250
Orange, CA 92868
Telephone: (800) 500-0301
Facsimile: (800) 500-0301

Attorneys for Plaintiffs,

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Alex Figueroa; Gina Marie Urizar; and Bonafacio Burdios; Individually and On Behalf Of Others Similarly Situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**BISSELL HOMECARE, INC.,**<br><br>Defendant. | **Case No.:** 2:21-cv-04645-FMO-GJS<br><br>**NOTICE OF SETTLEMENT ON AN INDIVIDUAL BASIS**<br><br>**Judge**: Hon. Fernando M. Olguin |

**TO THE COURT AND COUNSEL OF RECORD FOR THE PARTIES:**

PLEASE TAKE NOTICE that the parties have reached a settlement of this matter on an individual basis only.

In light of settlement in principle, Plaintiffs respectfully request that the Court vacate all pending hearings and deadlines and set a deadline for the parties to file a joint stipulation to dismiss pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) by <u>September 24, 2021</u>.

Dated: August 10, 2021                                  Respectfully Submitted,

                                                     **KAZEROUNI LAW GROUP, APC**

                                                   By: <u>*/s/ Abbas Kazerounian, Esq.*</u>
                                                          Abbas Kazerounian, Esq.
                                                          *Attorneys for Plaintiffs*

<u>**ADDITIONAL COUNSEL FOR PLAINTIFFS**</u>
**KAZEROUNI LAW GROUP, APC**
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
321 N Mall Drive, Suite R108
St. George, Utah 84790
Telephone: (800) 400-6808
Facsimile: (800) 520-5523