JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX FIGUEROA, et al., individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BISSELL HOMECARE, INC.,<br><br>　　　　　Defendant. | Case No. CV 21-4645 FMO (GJSx)<br><br>**ORDER DISMISSING ACTION** |

The complaint in the above-captioned case contains individual and class allegations. Plaintiffs have filed a Notice of Settlement notifying the court that plaintiffs have settled their individual claims with defendant.  (See Dkt. 33, Notice of Settlement [ ]).  Plaintiffs have since clarified that plaintiffs seek to dismiss the class claims without prejudice.  (See Dkt. 35, Plaintiffs' Notice Re: Status of Class Allegations at 1-3).

Having reviewed the case file and determined that no prejudice to the putative class will result from the dismissal, IT IS ORDERED that the above-captioned action is hereby **dismissed with prejudice** as to plaintiffs' individual claims and **without prejudice** as to the class claims. Upon good cause shown within **45 days from the filing date of this Order,** to re-open the action if settlement is not consummated.  The court retains full jurisdiction over this action, and this Order shall not prejudice any party to this action.

Dated this 23rd day of August, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　United States District Judge